_____                    ✓ RETAIN

Duncan W. Keir , U.S. BANKRUPTCY JUDGE         Evidentiary Hrg: Y (N)

PROCEEDING MEMO - CHAPTER 13

                                        Date: 02/22/2010 Time: 01:30

09-28055 Leo Berkley Myers and Janice Virginia Cline
              N|S                           M S

Jeffrey M. Sirody representing Leo Berkley Myers (Debtor)
              N|S

Jeffrey M. Sirody representing Janice Virginia Cline (Debtor)


Gerard R. Vetter (Trustee)

[25]  Motion for Relief from Stay and Notice of Motion
Re: 2007 Ford E150 Econoline Van, Serial #...37561.  Fee
Amount $150, Notice Served on 1/22/2010, Filed by Ford Motor
Credit Company LLC.  Objections due by 02/8/2010. Hearing
scheduled for 02/22/2010 at 01:30 PM - Courtroom 1-B.  (Attachments:
# (1) Exhibit # (2) Notice of Motion # (3) Certificate of
Service) (^1Klima, Michael)
Movant:  Ford Motor Credit Company LLC  BY M ^1Klima; M Klima;

[27]  Response on behalf of Janice Virginia Cline, Leo
Berkley Myers Filed by Jeffrey M. Sirody (related document(s)[25]
Relief from Stay and Notice of Motion filed by Creditor
Ford Motor Credit Company LLC).  (Attachments: # (1) Certificate
of Service)
Movant: Leo Myers Janice Cline  BY J Sirody; J Sirody;

[28] Support Document - Payment History Filed by Michael
J. Klima Jr. (related document(s)[25] Relief from Stay and
Notice of Motion filed by Creditor Ford Motor Credit Company
LLC).  (Attachments: # (1) Exhibit)
Movant:  Ford Motor Credit Company LLC  BY M ^1Klima; M Klima;


DISPOSITIONS:

Plan: Confirmed Modified Hold Interlineation:$___ Mos.___ Converted to Ch___
Denied without/with leave to amend by:_____Conf:_____Dismissed
Continued to: _____

Other Matters:       (List Paper No next to ruling)

       Granted    _____      Sustained  _____     Denied      _____
       Overruled  _____      Withdrawn  _____     Under Adv.  _____
       Moot       _____      Consent    _____     Dismissed   _____
       O.T.J. Fee _____

DECISION:

[ ]  Signed by Court     [ ] Filed by Counsel
[ ]  To be prepared by:
     [✓] Movant's counsel  M P .25   [✗] Court  — OSC
     [ ] Respondent's counsel        [ ] Other _____

NOTES:

      No dispute of material facts raised by response ↓

- Lack of Equal Protection

> OSC Sirody — refused to Appear

Kleina — Contacted Sirody's office 2x by email — No reply.

RECEIVED

FEB 2 2 2010

CLERK'S OFFICE
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE